IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TANYA EDWARDS and RICARDO JOHN FITZGERALD EDWARDS,     )<br>)<br>Plaintiffs,     )<br>)<br>v.     )<br>)<br>WAL-MART STORES EAST, LP,     )<br>)<br>Defendant.     ) | CASE NO. 3:18-CV-375-WKW |

## **ORDER**

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Doc. # 37), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 11th day of March, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE